UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

JOHN BLAKLEY,

        Plaintiff

    v.                      C-1-12-30

UBS FINANCIAL SERVICES, INC.,

        Defendant

## ORDER

This matter is before the Court upon the Report and Recommendation of the United States Magistrate Judge (doc. no. 15) to which neither party has objected.

Upon a *de novo* review of the record, the Court finds that the Judge has accurately set forth the applicable law and has properly applied it to the particular facts of this case. Accordingly, in the absence of any objection by plaintiff, this Court accepts the Report as uncontroverted. The Report and Recommendation of the United States Magistrate Judge (doc. no. 15) is hereby ADOPTED AND INCORPORATED HEREIN BY REFERENCE. Defendant's motion to compel arbitration and dismiss

2

plaintiffs complaint or, alternatively, stay this proceeding (doc. no. 6) is GRANTED pursuant to 9 U.S.C. § 3 pending arbitration of plaintiff's claims. The parties are DIRECTED to file status reports every 60 days apprising the Court of the status of arbitration proceedings. This matter is ORDERED STAYED AND ADMINISTRATIVELY TERMINATED on the docket of the Court. The parties are granted leave to move to reinstate this matter on the Court's active docket at such the in the future as the parties deem appropriate.

    IT IS SO ORDERED.

                                            s/Herman J. Weber
                                 Herman J. Weber, Senior Judge
                                  United States District Court